

# Service of Process Transmittal
11/19/2021
CT Log Number 540619220

| | |
|---|---|
| **TO:** | Kim Lundy- Email<br>Walmart Inc.<br>702 SW 8TH ST<br>BENTONVILLE, AR 72716-6209 |
| **RE:** | **Process Served in Illinois** |
| **FOR:** | Wal-Mart Stores, Inc.  (Former Name)  (Domestic State: DE)<br>WALMART INC. (True Name) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: ROLAPE DIANA L. // To: WALMART INC. |
| **DOCUMENT(S) SERVED:** | Summonses, Reply Envelope, Attachment(s), Complaint |
| **COURT/AGENCY:** | Williamson County Circuit Court, IL<br>Case # 2021L143 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 07/09/2021 - city of Marion, county of Williamson, state of Illinois |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 11/19/2021 at 02:12 |
| **JURISDICTION SERVED :** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service of this summons, not counting the day of service |
| **ATTORNEY(S) / SENDER(S):** | Stephen W. Stone<br>Howerton, Dorris, Stone & Lambert<br>300 West Main<br>Marion, IL 62959<br>618-993-2616 |
| **REMARKS:** | The documents received have been modified to reflect the name of the entity being served. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 11/20/2021, Expected Purge Date: 11/25/2021<br><br>Image SOP |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other

# CT Corporation

**Service of Process Transmittal**
11/19/2021
CT Log Number 540619220

**TO:** Kim Lundy- Email
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:** **Process Served in Illinois**

**FOR:** Wal-Mart Stores, Inc.  (Former Name)  (Domestic State: DE)
WALMART INC. (True Name)

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



## PROCESS SERVER DELIVERY DETAILS

**Date:** Fri, Nov 19, 2021

**Server Name:** Sheriff Drop

| Entity Served | WALMART STORES INC |
|---|---|
| Case Number | 2021L143 |
| Jurisdiction | IL |





STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT
WILLIAMSON COUNTY

DIANA L. ROLAPE,

  Plaintiff,

vs.

WAL-MART STORES, INC.,

  Defendant.

Case No. 2021-L-143

## SUMMONS

To each defendant:   Wal-Mart Stores, Inc. C/O C T Corporation System, 208 SO Lasalle Street, Ste. 814, Chicago, IL 60604

  You are summoned and required to file an answer in this case, or otherwise to file your appearance in the Office of the Clerk of this Court Williamson County Courthouse, 200 W. Jefferson, Marion, Illinois within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:   COOK COUNTY SHERIFF

  This summons must be returned by the officer or other person to whom it was given for service, with indorsement of service and fees, if any, immediately after service. If service cannot be made, summons shall be returned so indorsed.

  This summons may not be served later than 30 days after its date.

WITNESS   11/1 , 20 21

_____
(Clerk of the Circuit Court)

By: _____
   (Deputy)

(Seal of Court)

STEPHEN W. STONE, #6204573
HOWERTON, DORRIS, STONE & LAMBERT
300 West Main
Marion, IL 62959
Phone: (618) 993-2616
Fax: (618) 997-1845
*Attorneys for Plaintiff*



DIE DATE
11/30/2021

DOC.TYPE: LAW
CASE NUMBER: 2021L143
DEFENDANT
WAL MART STORES INC
208 S LASALLE ST
CHICAGO, IL 60604
814

SERVICE INF
CO CT CORF

ATTACHED

LUBEICK



HOWERTON, DORRIS, STONE & LAMBERT
300 WEST MAIN
MARION, IL  62959

```
         COOK COUNTY SHERIFF'S OFFICE
         CIVIL DIVISION - DALEY CENTER
          50 W. Washington, Room 701
                Chicago, IL 60602
                 (312) 603-3365

   DATE: 11/10/2021    TIME: 9:48 AM
  BATCH #: 80094       TRANS #: 2
  CASHIER: ypierce
  ========================================
  CASE TYPE:  LAW
  SHERIFF #:  03567403
     CASE #:  2021L143
  Check on Service after:  11/30/2021
  General Service Fee              $50.00
  General Mileage Fee              $10.00
           PAYMENT TOTAL:          $60.00

  ========================================
  TRANSACTION TOTAL:               $60.00

  TENDERED:  Check                 $60.00


  ========================================
  Checks presented:
```



*NOW!!! Check ON-LINE for the status
   of your Service of Process at
   https://civilprocess.ccsheriff.org*

*When checking on service, have your
Sheriff's Number or Case Number Available*

HOWERTON, DORRIS, STONE & LAMBERT  4275
Sheriff of Cook County  11/1/2021

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 11/1/2021 | Bill | Rolape 21-121 | 60.00 | 60.00 | | 60.00 |

Check Amount  60.00

1107-Advance Accou   summons                                                                                       60.00

|              | Service and Return .................................................. $_____ |
|--------------|---|
| **SHERIFF'S FEES** | Miles ....................................................................... _____ |
|              | Total ..................................................................... $_____ |

Signed _____

Sheriff of _____ County

I certify that I, a qualified to serve summonses in the State of Illinois, served this summons on defendants as follows:

**(a) Individuals: Personal Service:**

[The officer, or other authorized person making service, shall (a) identify as to sex, race and approximate age of the person with whom the summons was left, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of the day when the summons and complaint were left with the defendant.]

_____

_____ .

**(b) Individuals: Abode Service**

By leaving a copy of the summons and the complaint at the usual place of abode of the individual defendant with a person of his family, age of 13 years or above, informing that person of the contents of the summons.

[The officer, or other authorized person making service, shall (a) identify as to sex, race and approximate age of the person, other than the defendant, with whom the summons was left, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of day when the summons was left with such person.]

_____

_____ .

And also by sending a copy of the summons and a copy of the complaint in a sealed envelope with postage fully prepaid, addressed to the individual defendant at his or her usual place of abode, as follows:

| Name of Defendant | Mailing Address | Date of Mailing |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**(c) Corporations**
By leaving a copy of the summons and a copy of the complaint with the registered agent, officer or agent of each defendant corporation, as follows:

| Defendant Corporation | Registered Agent, Officer or Agent (Name and Title and Address) | Date of Service |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**(d) Other Service/Public Corporations/Local Governmental Entities**

_____

_____ .

By:_____, Deputy

Sheriff of _____ County

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT
WILLIAMSON COUNTY

DIANA L. ROLAPE,

    Plaintiff,

vs.

Case No. 2021-L-143

WAL-MART STORES, INC.,

    Defendant.

## SUMMONS

To each defendant:    Wal-Mart Stores, Inc. C/O C T Corporation System, 208 SO Lasalle Street, Ste. 814, Chicago, IL 60604

    You are summoned and required to file an answer in this case, or otherwise to file your appearance in the Office of the Clerk of this Court Williamson County Courthouse, 200 W. Jefferson, Marion, Illinois within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:  COOK COUNTY SHERIFF

    This summons must be returned by the officer or other person to whom it was given for service, with indorsement of service and fees, if any, immediately after service. If service cannot be made, summons shall be returned so indorsed.

    This summons may not be served later than 30 days after its date.

(Seal of Court)

WITNESS _____11/1_____, 20 21

_____
(Clerk of the Circuit Court)

By: _____
(Deputy)

---

STEPHEN W. STONE, #6204573
HOWERTON, DORRIS, STONE & LAMBERT
300 West Main
Marion, IL 62959
Phone: (618) 993-2616
Fax:   (618) 997-1845
*Attorneys for Plaintiff*



**SHERIFF'S FEES**

Service and Return ........  ....................................... $_____

Miles ...................  ....................................... _____

Total ...................  ....................................... $_____

Signed _____

Sheriff of _____ County

I certify that I, a qualified to serve summonses in the State of Illinois, served this summons on defendants as follows:

**(a) Individuals: Personal Service:**

[The officer, or other authorized person making service, shall (a) identify as to sex, race and approximate age of the person with whom the summons was left, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of the day when the summons and complaint were left with the defendant.]

_____

_____.

**(b) Individuals: Abode Service**

By leaving a copy of the summons and the complaint at the usual place of abode of the individual defendant with a person of his family, age of 13 years or above, informing that person of the contents of the summons.

[The officer, or other authorized person making service, shall (a) identify as to sex, race and approximate age of the person, other than the defendant, with whom the summons was left, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of day when the summons was left with such person.]

_____

_____.

And also by sending a copy of the summons and a copy of the complaint in a sealed envelope with postage fully prepaid, addressed to the individual defendant at his or her usual place of abode, as follows:

| Name of Defendant | Mailing Address | Date of Mailing |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**(c) Corporations**
By leaving a copy of the summons and a copy of the complaint with the registered agent, officer or agent of each defendant corporation, as follows:

| Defendant Corporation | Registered Agent, Officer or Agent (Name and Title and Address) | Date of Service |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**(d) Other Service/Public Corporations/Local Governmental Entities**

_____

_____

By:_____, Deputy

Sheriff of _____ County

Case 3:22-cv-00565-DWD   Document 1-2   Filed 03/18/22   Page 13 of 15   Page ID #20

FILED
Williamson Co. Circuit Court
1st Judicial Circuit
Date: 10/29/2021 3:03 PM
Justin Maze

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT
WILLIAMSON COUNTY, ILLINOIS

DIANA L. ROLAPE,

    Plaintiff,

vs.

    Case No. 2021L143

WAL-MART STORES, INC.

    Defendant.

**COMPLAINT**

NOW COMES the Plaintiff, Diana L. Rolape, by and through her attorneys, Howerton, Dorris, Stone & Lambert, and for her complaint against Wal-Mart Stores, Inc., states:

1. At all times relevant herein, Diana L. Rolape was a resident of Marion, county of Williamson, state of Illinois.

2. At all times relevant herein, Wal-Mart Stores, Inc. was a corporation headquartered in the state of Arkansas but does business in the state of Illinois, including in the city of Marion, county of Williamson, state of Illinois.

3. Ingress and egress into the eastern-most entrance of the Marion Wal-Mart are controlled by two consecutive sets of electronic doors, creating a vestibule between the two sets of electronic doors.

4. To the east of the vestibule and also facing east is a garage-style door, which Wal-Mart personnel use to re-stock the supply for shopping carts available for customers entering through the eastern most entrance.

5. On July 9, 2021, Diana L. Rolape was a customer at Wal-Mart.

6.  While Diana L. Rolape was standing in the vestibule herein described, a Wal Mart employee pushed a collection of shopping carts into her, knocking her to the ground.

7.  As a result, Diana L. Rolape suffered injuries, incurred medical expense, experienced pain, suffering, emotional distress, and temporary disfigurement, and may suffer an increased risk of future harm.

8.  The injuries and damages herein described were the result of negligence of one or more of Wal Mart's employees:

    a.  failed to keep a careful lookout for where he was pushing shopping carts;

    b.  failed to keep careful control of the shopping carts he was pushing; and/or

    c.  failed to ensure the employee pushing shopping carts into the vestibule was trained to be careful and cautious while pushing shopping carts into the vestibule.

9.  As a direct and proximate result of these negligent acts and/or omissions to act, Diana L. Rolape suffered injuries and damages described herein.

WHEREFORE, your Plaintiff prays for judgment against the Defendant, plus cost of suit.

HOWERTON, DORRIS, STONE & LAMBERT

By: _____
Stephen W. Stone, #6204573
sstone@hdslawfirm.com
*Attorneys for Plaintiff*

## AFFIDAVIT

The undersigned, being first duly sworn, pursuant to Illinois Supreme Court Rule 222, upon oath deposes and says that I am an attorney for the plaintiff in the foregoing cause, and have authority to execute this affidavit, and that, to the best of my present knowledge the damages in this case might or could exceed $50,000.00.

Subscribed and sworn to before me this 29th day of October, 2021.

_____
Notary Public

OFFICIAL SEAL
SARAH ARVIEW
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 10-06-2024
ID # 845221

Stephen W. Stone, #6204573
Howerton, Dorris Stone & Lambert
300 West Main Street
Marion, IL 62959
(618) 993-2616
(618) 997-1845 – fax
*Attorneys for Plaintiff*

Page **3** of **3**